# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MAURICE HENRY,**

  *Plaintiff,*

v.            Case No.: 4:20cv529-MW/MAF

**ARAMARK, and**
**THE LEON COUNTY DETENTION**
**FACILITY, et al.,**

  *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for lack of jurisdiction over a request for mandamus and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall note on the docket that Plaintiff's claims are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close

the file.

**SO ORDERED on February 10, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**
